IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANA SUSANA CUEVAS GONZALEZ          *
           Petitioner,
v.                                                                    *

                         Case No.: 4:26-CV-497-CDL-ALS

WARDEN, STEWART DETENTION          *
CENTER, et al.,

                                  *

           Respondents.
                                  *

## J U D G M E N T

Pursuant to this Court's Order dated May 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 8th day of May, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk